# EXHIBIT A



U.S. Department of Justice

United States Marshals Service

___

Washington, DC 20530-1000

SEP 3 0 2008

Mr. Anthony L. Martin
c/o United States Marshals Service
Washington, D.C. 20530

Dear Mr. Martin:

Your letter to the Director of the United States Marshals Service, dated August 11, 2008, was referred to our office for review and response.

You were authorized entry into the Witness Security Program (Program) on February 13, 1992, and were relocated to a safe area shortly thereafter. Our records reflect that you voluntarily terminated from further Program services on July 15, 1992. At that time, you reported that you would be returning to the danger area.

The Memorandum of Understanding you signed states very clearly that Government protected witnesses will **not** act as informants and that such actions will result in termination from the Program. In addition, all protected witnesses are cautioned against being fingerprinted, as doing so will cause their identity to be compromised. Since you have a criminal history, by being fingerprinted your identity was compromised.

While you are no longer a witness in good standing, it appears that for humanitarian reasons this office provided you with a new name birth certificate and DD 214, Certificate of Release or Discharge from Active Duty.

If you feel your life is in danger, you should contact the U.S. Attorney's office or your case agent. If you cooperated with the Federal Bureau of Investigation, you should contact that office to discuss your concerns.

I hope the above information is helpful to you.

Sincerely,

Thomas E. Wight
Chief, Witness Security Program